No. 3451.—EL PUEBLO, A INSTANCIA DEL ATTORNEY GENERAL, APDO., *v.* OLIVERAS, APLTE.—C. D. Ponce. *Quo Warranto.* Oct. 30, 1924. Examinada la moción de reconsideración presentada por el Fiscal General, entendiendo la corte que su facultad para revocar una sentencia dictada bajo las circunstancias de la que fué pronunciada en este caso, es completa, y entendiendo además que los fines de la justicia exigían que se diera al querellado, aún cuando no lo

solicitara expresamente una oportunidad para defenderse, *no ha lugar a la reconsideración* solicitada.